IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LAUREL LEE BUESCHER,

     Appellant,

v.                                                        Case No.  5D21-295
                                                         LT Case No. 2012-CA-38621

COLLINS BROWN CALDWELL BARKETT
& CARAVAGLIA AND AARON V. JOHNSON, ESQ.,

     Appellees.

_____/

Decision filed August 2, 2022

Appeal from the Circuit Court
for Brevard County,
George Paulk, Judge.

Carl J. Hognefelt and Amir
Ghaeenzadeh, of Amethyst Law
Group, LLC, Tampa, for Appellant.

Lissette M. Gonzalez and Scott A.
Cole, of Cole, Scott & Kissane, P.A.,
Miami, for Appellees.

PER CURIAM.

     AFFIRMED.

EVANDER, COHEN and WALLIS, JJ., concur.